IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN TYLER ULCH | **I N D I C T M E N T**<br><br>Case No.<br><br>Violations:  18 U.S.C. §§ 922(g)(1), 924(a)(8), and 2 |

COUNT ONE

**Possession of a Firearm and Ammunition by a Convicted Felon**

The Grand Jury Charges:

On or about December 3, 2024, in the District of North Dakota,

JUSTIN TYLER ULCH,

knowing that he had previously been convicted in any court of one or more of the following crimes punishable by imprisonment for a term exceeding one year:

(1) Aggravated Assault – Judgment entered on or about November 13, 2024, in Ward County (ND) District Court, Case No. 51-2024-CR-01333;

(2) Felony Battery – Judgment entered on or about May 31, 2019, in Seminole County (FL) Eighteenth Judicial Circuit Court, Case No. 2016CF002727A; and

(3) Aggravated Battery – Judgment entered on or about May 31, 2019, in Seminole County (FL) Eighteenth Judicial Circuit Court, Case No. 2018CF003339A;

did knowingly possess in and affecting commerce a firearm and ammunition, that is:

- one Glock, Model 22Gen4, .40 caliber pistol, Serial Number SMK308; and

- .40 caliber ammunition;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

## COUNT TWO

**Possession of a Firearm and Ammunition by a Convicted Felon**

The Grand Jury Further Charges:

On or about November 6–7, 2024, in the District of North Dakota,

JUSTIN TYLER ULCH,

knowing that he had previously been convicted in any court of one or more of the following crimes punishable by imprisonment for a term exceeding one year:

> (1) Felony Battery – Judgment entered on or about May 31, 2019, in Seminole County (FL) Eighteenth Judicial Circuit Court, Case No. 2016CF002727A; and

> (2) Aggravated Battery – Judgment entered on or about May 31, 2019, in Seminole County (FL) Eighteenth Judicial Circuit Court, Case No. 2018CF003339A;

did knowingly possess in and affecting commerce a firearm and ammunition, that is:

- one Ruger, Wrangler .22 caliber revolver, Serial Number 201-97296; and
- .22 caliber ammunition;

> In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

FORFEITURE NOTICE

Upon conviction of one or more of the offenses alleged in this Indictment,

JUSTIN TYLER ULCH,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the firearm and ammunition involved in the commission of the offense, including, but not limited to, the following:

- one Glock, Model 22Gen4, .40 caliber pistol, Serial Number SMK308;
- .40 caliber ammunition;
- one Ruger, Wrangler .22 caliber revolver, Serial Number 201-97296; and
- .22 caliber ammunition;

A TRUE BILL:

/s/_____
Foreperson

/s/ JENNIFER KLEMESTRUD PUHL
JENNIFER KLEMESTRUD PUHL
Acting United States Attorney

DDH:rab